IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00424-PSF-CBS

ROBERT F. SUGGS and
HELEN E. SUGGS,

    Plaintiffs,

v.

MONACO COACH CORPORATION,

    Defendant.

_____

## ORDER CONTINUING TRIAL AND FINAL TRIAL PREPARATION CONFERENCE
_____

The Stipulated Motion to Vacate and Reschedule Trial Dates (Dkt. # 25) is GRANTED.

IT IS ORDERED that the trial set for March 6, 2006 is hereby rescheduled to April 3, 2006, at 1:30 p.m. and the Final Trial Preparation Conference set for February 24, 2006 at 1:30 p.m. is hereby rescheduled to March 24, 2006, 4:00 p.m.

All other deadlines remain unchanged.

DATED August 23, 2005.

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Court